WOODSON *v.* CRISS, JUDGE OF VIGO CIRCUIT COURT.

[No. 0-376. Filed June 15, 1954.]

*Samuel Woodson, pro se.*

PER CURIAM—The petitioner, appearing *pro se*, seeks an alternative writ of mandate to compel respondent to set a petition

for writ of error *coram nobis* for hearing. The relief sought relates to a proceeding in an inferior court. No certified copies of pleadings, orders and entries pertaining to the subject-matter accompany the petition, hence it does not comply with Rule 2-35 of this court. For this reason the petition is dismissed.

Petition dismissed.

NOTE.—Reported in 120 N. E. 2d 775.